**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MILBURN SEED,

                    Plaintiff,                    22 **CIVIL** 683 (CM)(BCM)

    -v-                                            <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated October 11, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:**  New York, New York
           October 12, 2022

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                       **BY:**      *K. Mango*
                                                 **Deputy Clerk**